**Order entered October 26, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00238-CR

**JOSE EDUARDO GUERRERO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F15-75211-X**

## ORDER

By order dated September 26, 2017, we granted Kelly Simmons's request and ordered the reporter's record filed by October 17, 2017. We cautioned Ms. Simmons that if the reporter's record was not filed by that date, the Court would, on its own motion, order that she not sit until the complete reporter's record is filed. To date, no reporter's record has been filed.

We **ORDER** that Kelly Simmons **NOT SIT** as a court reporter until she has filed the complete reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jeanine Howard, Presiding Judge, Criminal District Court No. 6; to Jan Williams, official court reporter, Criminal District Court No. 6; to Kelly Simmons, court reporter; to the Dallas County Auditor's Office; and to all counsel for all parties.

/s/     LANA MYERS
         JUSTICE